# Exhibit B

*Rider Interview Notes dated June 19, 2021*



**Subject:**  Investigation of Employee Timothy (Tim) Thiry (79026186)

**Submitted by:**  Sharon Curry, F&O OS - HR

The following statement was taken from Jordan Rider, Asset Supervisor in Maintenance Services (Health Sciences Region) on July 19, 2021.  The meeting was held in person with Sharon Curry at the Health Science Region conference room in the Biomedical Science Research Building (BSRB).  The meeting was scheduled for Jordan to provide feedback regarding Tim Thiry.  Below are comments that were made by Jordan.

- Today a giant weight lifted when he (Tim) left.
- Created a hostile work environment for all region employees.  Hostile not right word – above word hostile.
- Uncomfortable working around him (Tim).  Everyone in region walks on pins and needles around him (Tim).  Guys have said this (to Jordan).  The guys have been warned about saying things around him (Tim) or to him (Tim).
- Escalated and sky rocketed since generator issue.
- Howard (Portis) and Camie (Munsell) have more experience with him (Tim) except for text messages.
- Could come into work and shoot up the place.  Extremely unstable, disturbed, thinks schizophrenic, assumes alcoholic.
- Alcoholic dementia where not remember things and why makes mistakes.
- Non work related text messages started in January 2021.
- Texts Tim for work related things, radios not always work. This is why did not block him (Tim).
- First blew off (texts) saying Tim's drunk.  Annoyed him getting texts but not bug him at first.  First found funny.  Escalated with generators (when Jordan was pulled into investigation).  Got more fidgety and aggressive.  First Tim being Tim and have to work with him every day.  Will make any type of situation work (Jordan).
- Camie had to deal with more of his (Tim) charades.
- Tim is the most uncomfortable to work with.  Started to affect everyone before election and he brought down team – created animosity.  Tony (Grant) didn't want to work with Tim – communication breakdown with two employees.  Damien (Evans) was next, then Jim Vernier and Scott Iwanicki.
- Team was incredible when (Jordan) started in HSR until issue with Tony (Grant) and Damien (Evans) last year.  Tim more hostile as time went on.
- One of the first messages sent (by Tim) was about ANTIFA.  Always political.
- There was a Friday when Camie was off and Tim came back from medical leave, and he (Tim) was talking about politics and told him (Tim) to leave and go to work.
- Jim (Vernier) and Damien (Evans) took off day after election to not be around Tim.
- Really glad this is almost over (with Tim).  A lot more comfortable when Tim Thiry not at work.  Always a good day when he calls off.