# Exhibit C

*E-mail Chain between Human Resources and the Office of Institutional Equity*

   Sharon Curry &lt;securry@umich.edu&gt;

## Tim Thiry - OIE Case?
17 messages

**Sharon Curry** &lt;securry@umich.edu&gt;  Thu, Jun 10, 2021 at 11:47 AM
To: Tanesia White &lt;tanesiaw@umich.edu&gt;

Hi Tanesia,

Tim Thiry (Skilled Trades) just told me he met with OIE on Tuesday regarding an issue with his work environment.  Can you confirm?  And who the case investigator is so I can follow up?

Thanks,
Sharon


Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Phone - 734-615-8096
Email - securry@umich.edu

**Tanesia White** &lt;tanesiaw@umich.edu&gt;  Fri, Jun 11, 2021 at 8:49 AM
To: Sharon Curry &lt;securry@umich.edu&gt;
Cc: Andrew Kruley &lt;akruley@umich.edu&gt;

Hello Sharon,

It appears that Tim spoke with OIE Senior Investigator Andrew Kruley.  I have included Andrew in this communication so that the two of you can connect.

Andrew - Sharon is an HR Representative in Facilities and Operations and works with bargained for staff.  Any additional insight you can provide Sharon would be greatly appreciated.

Thank you,

**Tanesia K. White**
Associate Director
University of Michigan
Office for Institutional Equity
2072 Administrative Services Bldg
1009 Greene St
Ann Arbor, MI 48109-1432
734-763-0235 (main) 734-936-8894 (fax) 734-647-1388 (tty)
tanesiaw@umich.edu

PLEASE NOTE:  In response to public health recommendations to promote social distancing, the Office for Institutional Equity has shifted primarily to remote business operations until further notice.  We are available via email at institutional.equity@umich.edu and phone (734-763-0235).  If you call, please leave a voice mail message.  Please know that we strive to respond to all inquiries within 24 hours; however, at times, responses may be delayed.  Thank you.

[Quoted text hidden]

**Andrew Kruley** &lt;akruley@umich.edu&gt;  Fri, Jun 11, 2021 at 9:02 AM
To: Tanesia White &lt;tanesiaw@umich.edu&gt;
Cc: Sharon Curry &lt;securry@umich.edu&gt;

Thanks, Tanesia.

Hi Sharon,

Yes, I can confirm that I talked to Tim about his reported concerns this past Tuesday. I'm happy to speak with you more about our conversation. My work cell is 734-474-4114. Just let me know when you are available.

Best,
Andrew

**Andrew C. Kruley**
Pronouns: he/him/his
Senior Investigator
Office for Institutional Equity
University of Michigan
2072 Administrative Services Building
1009 Greene St.
Ann Arbor, MI 48109-1432
Main: (734) 763-0235  Fax: (734) 936-8894  Cell: (734) 474-4114 TTY: (734) 647-1388

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>  Fri, Jun 11, 2021 at 1:09 PM
To: Andrew Kruley <akruley@umich.edu>, Tanesia White <tanesiaw@umich.edu>

Tanesia - Thanks for connecting Andrew and I regarding this case!

Andrew - I will contact you to schedule a time for us to chat.


Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>  Fri, Jun 11, 2021 at 3:54 PM
To: Andrew Kruley <akruley@umich.edu>

Hi Andrew,

I am available on Monday 6/14 starting at 2:30, Tuesday 6/15 starting at 2:00, Wednesday 6/16 from 9:00-10:00 and 11:30-1:00, Thursday 6/17 from 10:00-11:00 and 12:30-1:30. Do any of those dates/times work for you?

Thanks,
Sharon


Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

[Quoted text hidden]

**Andrew Kruley** <akruley@umich.edu>  Mon, Jun 14, 2021 at 9:30 AM
To: Sharon Curry <securry@umich.edu>

Thanks, Sharon. Wednesday 6/16 at 9am works for me if that's still available.
-Andrew

**Andrew C. Kruley**
Pronouns: he/him/his
Senior Investigator
Office for Institutional Equity
University of Michigan
2072 Administrative Services Building
1009 Greene St.
Ann Arbor, MI 48109-1432
Main: (734) 763-0235  Fax: (734) 936-8894  Cell: (734) 474-4114 TTY: (734) 647-1388

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>  Mon, Jun 14, 2021 at 9:31 AM
To: Andrew Kruley <akruley@umich.edu>

Yes, that works. Phone or Zoom?

Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

[Quoted text hidden]

---

**Andrew Kruley** <akruley@umich.edu>  Mon, Jun 14, 2021 at 9:33 AM
To: Sharon Curry <securry@umich.edu>

Great. Telephone sounds good. The best number to reach me is my office cell 734-474-4114.
Thanks!
-Andrew

**Andrew C. Kruley**
Pronouns: he/him/his
Senior Investigator
Office for Institutional Equity
University of Michigan
2072 Administrative Services Building
1009 Greene St.
Ann Arbor, MI 48109-1432
Main: (734) 763-0235  Fax: (734) 936-8894  Cell: (734) 474-4114 TTY: (734) 647-1388

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>  Mon, Jun 14, 2021 at 9:35 AM
To: Andrew Kruley <akruley@umich.edu>

Perfect! I will call you on Wednesday at 9am. Thanks!

Sharon Curry
Human Resources Generalist Senior

University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>  Thu, Jul 1, 2021 at 1:52 PM
To: Andrew Kruley <akruley@umich.edu>

Hi Andrew,

I met with Tim Thiry again today and he mentioned that his case with OIE is not closed. This is different from what we discussed previously. Can you please advise on his claim status?

Thanks,
Sharon


Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

[Quoted text hidden]

---

**Andrew Kruley** <akruley@umich.edu>  Fri, Jul 2, 2021 at 11:21 AM
To: Sharon Curry <securry@umich.edu>

Hi Sharon,

When I talked with Tim last Friday he said that he had changed his mind about the potential OIE issue with his coworkers and was now considering whether or not to file a formal complaint. He still did not present any information about his supervisor that would be a potential OIE issue. I let him know that I could keep the OIE matter about his coworkers as pending and that I would check in with him today about his decision.

As an update, I received an email from him last night that asked why political harassment wasn't a covered protected basis. I will reply and check in with him today about whether or not he has made up his mind.

Hope this helps! Let me know if you'd like to discuss further.
-Andrew

**Andrew C. Kruley**
Pronouns: he/him/his
Senior Investigator
Office for Institutional Equity
University of Michigan
2072 Administrative Services Building
1009 Greene St.
Ann Arbor, MI 48109-1432
Main: (734) 763-0235  Fax: (734) 936-8894  Cell: (734) 474-4114  TTY: (734) 647-1388

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>  Fri, Jul 2, 2021 at 11:27 AM
To: Andrew Kruley <akruley@umich.edu>

Thanks for the helpful information! Please let me know what he decides regarding his coworkers. We are having additional issues with him that may lead to more discipline. He was issued a 2 day disciplinary lay off a couple weeks ago FYI. We just talked to him yesterday about the additional issues.

Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>   Tue, Jul 6, 2021 at 10:12 AM
To: Andrew Kruley <akruley@umich.edu>

Hi Andrew,

Just checking to see if you heard back from Tim Thiry.

Thanks,
Sharon

Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

[Quoted text hidden]

---

**Andrew Kruley** <akruley@umich.edu>   Tue, Jul 6, 2021 at 10:35 AM
To: Sharon Curry <securry@umich.edu>

Hi Sharon,

Yes, he stated that he would like an apology from the individuals or he would like to pursue his concerns. I reminded him that he declined to speak with me about those concerns and I offered to meet with him to interview him about those concerns in order for OIE to be able to evaluate appropriate next steps. I also reminded him of OIE's role and process and let him know that I would discuss that as well during our meeting. I'll keep you updated.
-Andrew

**Andrew C. Kruley**
Pronouns: he/him/his
Senior Investigator
Office for Institutional Equity
University of Michigan
2072 Administrative Services Building
1009 Greene St.
Ann Arbor, MI 48109-1432
Main: (734) 763-0235 Fax: (734) 936-8894 Cell: (734) 474-4114 TTY: (734) 647-1388

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>   Tue, Jul 6, 2021 at 10:47 AM

To: Andrew Kruley <akruley@umich.edu>

Thanks Andrew. Tim actually just texted me that he wants an apology from the employees and then will drop his OIE case. The difficult part is that what he is talking about happened over a year ago.

Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

[Quoted text hidden]

---

**Andrew Kruley** <akruley@umich.edu>  Tue, Jul 6, 2021 at 12:24 PM
To: Sharon Curry <securry@umich.edu>

Tim just agreed to an interview scheduled for this Thursday morning. Once we meet I hope to have a better handle on the situation and will connect with you at that point with an update.
-Andrew

**Andrew C. Kruley**
Pronouns: he/him/his
Senior Investigator
Office for Institutional Equity
University of Michigan
2072 Administrative Services Building
1009 Greene St.
Ann Arbor, MI 48109-1432
Main: (734) 763-0235  Fax: (734) 936-8894  Cell: (734) 474-4114 TTY: (734) 647-1388

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>  Wed, Jul 7, 2021 at 8:51 AM
To: Andrew Kruley <akruley@umich.edu>

Thanks Andrew!

Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

[Quoted text hidden]



Sharon Curry <securry@umich.edu>

# Fwd: Invitation: V/C TT Cp Consult (2021-1695) @ Thu Jul 8, 2021 9am - 10:30am (EDT) (thiry@umich.edu)

2 messages

**Andrew Kruley** <akruley@umich.edu>  Wed, Jul 7, 2021 at 1:59 PM
To: Sharon Curry <securry@umich.edu>

Hi Sharon,

FYI. I will let the Title IX Coordinator know of Tim's decision. I don't think OIE will take further action, but I will let you know if leadership determines something different after consultation.

-Andrew

**Andrew C. Kruley**
Pronouns: he/him/his
Senior Investigator
Office for Institutional Equity
University of Michigan
2072 Administrative Services Building
1009 Greene St.
Ann Arbor, MI 48109-1432
Main: (734) 763-0235  Fax: (734) 936-8894  Cell: (734) 474-4114 TTY: (734) 647-1388


---------- Forwarded message ---------
From: **Timothy Thiry** <thiry@umich.edu>
Date: Wed, Jul 7, 2021 at 1:53 PM
Subject: Re: Invitation: V/C TT Cp Consult (2021-1695) @ Thu Jul 8, 2021 9am - 10:30am (EDT) (thiry@umich.edu)
To: Andrew Kruley <akruley@umich.edu>


I would like to drop the case because I don't have a exact date of when it was said.

On Tuesday, July 6, 2021, Andrew Kruley <akruley@umich.edu> wrote:

> **You have been invited to the following event.**
>
> **V/C TT Cp Consult (2021-1695)**
>
> | When | Thu Jul 8, 2021 9am – 10:30am Eastern Time - New York | more details » |
> |---|---|---|
> | Where | https://umich.zoom.us/j/98325282998 (map) | |
> | Calendar | thiry@umich.edu | |
> | Who | • akruley@umich.edu - organizer<br>• thiry@umich.edu | |
>
> Andrew Kruley is inviting you to a scheduled Zoom meeting.
>
> Join Zoom Meeting
> https://umich.zoom.us/j/98325282998
>
> Meeting ID: 983 2528 2998
> One tap mobile
> +13126266799,,98325282998# US (Chicago)
> +16468769923,,98325282998# US (New York)

7/21/2021, University of Michigan Mail - Fwd: Invitation: W/F TCp. Consult (2021-05-14 @ Thu Jul 8, 2021 9am - 10:30am EDT) (thiry@umich.edu)

Case 3:22-cv-11167-RHC-KGA ECF No. 1-4, PageID.43 Filed 05/27/22 Page 9 of 10

Dial by your location
  +1 312 626 6799 US (Chicago)
  +1 646 876 9923 US (New York)
  +1 301 715 8592 US (Washington DC)
  +1 346 248 7799 US (Houston)
  +1 669 900 6833 US (San Jose)
  +1 253 215 8782 US (Tacoma)
  +1 647 558 0588 Canada
  +1 778 907 2071 Canada
  +1 204 272 7920 Canada
  +1 438 809 7799 Canada
  +1 587 328 1099 Canada
  +1 647 374 4685 Canada
Meeting ID: 983 2528 2998
Find your local number: https://umich.zoom.us/u/aek0IhSRs2

Join by SIP
98325282998@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: 983 2528 2998

Going (thiry@umich.edu)?  **Yes**  -  **Maybe**  -  **No**  more options »

Invitation from Google Calendar

You are receiving this email at the account thiry@umich.edu because you are subscribed for invitations on calendar thiry@umich.edu.

To stop receiving these emails, please log in to https://calendar.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

---

**Sharon Curry** <securry@umich.edu>                          Thu, Jul 8, 2021 at 12:19 PM
To: Andrew Kruley <akruley@umich.edu>

Thanks for the update!

Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

7/21/2021 University of Michigan Mail - Fwd: Invitation: WE TNO p Consult (2020-110354) @ Thu Jun 3, 2022 9am 10:30am (EDT) (bfry@umich.edu)

Case 3:22-cv-11167-RHC-KGA ECF No. 1-4, PageID.44 Filed 05/27/22 Page 10 of 10

[Quoted text hidden]