# Exhibit D

## *E-mail Chain commencing*
## *June 11, 2021*

7/20/2021 University of Michigan Mail - Fwd: I hope everyone's ducks are in a row!

Case 3:22-cv-11167-RHC-KGA ECF No. 1-5, PageID.46 Filed 05/27/22 Page 2 of 34

 **UNIVERSITY OF MICHIGAN**

**Sharon Curry <securry@umich.edu>**

---

## Fwd: I hope everyone's ducks are in a row!

**Camie Munsell** <cmunsel@umich.edu>                                   Fri, Jun 11, 2021 at 6:06 PM
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>

Ok. Seriously you guys.  This is making me nervous.  I'm really not feeling comfortable.


Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 11, 2021 at 4:08:07 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: I hope everyone's ducks are in a row!**

**UNIVERSITY OF MICHIGAN**

Sharon Curry <securry@umich.edu>

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
1 message

**Camie Munsell** <cmunsel@umich.edu>         Tue, Jun 15, 2021 at 1:32 PM
To: Sharon Curry <securry@umich.edu>

**Camie Munsell**
**The University of Michigan**
Facilities and Operations
Region Manager
Health Sciences Region
BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
Ann Arbor, Michigan 48109-5670
Office number: 734-647-0939
Mobile number: 734-489-5977

---------- Forwarded message ---------
From: **Camie Munsell** <cmunsel@umich.edu>
Date: Fri, Jun 11, 2021 at 4:08 PM
Subject: Out of Office Re: I hope everyone's ducks are in a row!
To: <thiry@umich.edu>

I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at 7:00 am.

If you have an emergent need, please contact the Facility Service Center at 647-2059 or Ed Wilson at 763-3099.   Thank you!

--
**Camie Munsell**
**The University of Michigan**
Facilities and Operations
Region Manager
Health Sciences Region
BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
Ann Arbor, Michigan 48109-5670
Office number: 734-647-0939
Mobile number: 734-489-5977



**UNIVERSITY OF MICHIGAN**                                                    **Sharon Curry <securry@umich.edu>**

---

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
1 message

---

**Camie Munsell** <cmunsel@umich.edu>                                    Mon, Jun 14, 2021 at 6:52 PM
To: Sharon Curry <securry@umich.edu>


Sent from my iPhone

Begin forwarded message:


> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 12, 2021 at 3:00:01 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**
>
>
> Have a great weekend!
>
> On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
>> I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at 7:00 am.
>>
>> If you have an emergent need, please contact the Facility Service Center at 647-2059 or Ed Wilson at 763-3099.   Thank you!
>>
>>
>> --
>> **Camie Munsell**
>> **The University of Michigan**
>> Facilities and Operations
>> Region Manager
>> Health Sciences Region
>> BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
>> Ann Arbor, Michigan 48109-5670
>> Office number:  734-647-0939
>> Mobile number:  734-489-5977

 **UNIVERSITY OF MICHIGAN**

**Sharon Curry <securry@umich.edu>**

---

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
1 message

**Camie Munsell** <cmunsel@umich.edu>
To: Sharon Curry <securry@umich.edu>

Mon, Jun 14, 2021 at 6:51 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 12, 2021 at 3:03:55 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**
>
> I was wondering if it's ok for an employee to drive a university vehicle when signed out for the day?
>
> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>> Have a great weekend!
>>
>> On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
>>> I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at 7:00 am.
>>>
>>> If you have an emergent need, please contact the Facility Service Center at 647-2059 or Ed Wilson at 763-3099.   Thank you!
>>>
>>>
>>> --
>>> **Camie Munsell**
>>> **The University of Michigan**
>>> Facilities and Operations
>>> Region Manager
>>> Health Sciences Region
>>> BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
>>> Ann Arbor, Michigan 48109-5670
>>> Office number:  734-647-0939
>>> Mobile number:  734-489-5977



**Sharon Curry <securry@umich.edu>**

---

# Fwd: Out of Office Re: I hope everyone's ducks are in a row!
1 message

**Camie Munsell** <cmunsel@umich.edu>                                    Mon, Jun 14, 2021 at 6:51 PM
To: Sharon Curry <securry@umich.edu>

Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 12, 2021 at 3:06:46 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**

Showing favoritism could be considered a failure of management!

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I was wondering if it's ok for an employee to drive a university vehicle when signed out for the day?

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Have a great weekend!

On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
> I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at 7:00 am.
>
> If you have an emergent need, please contact the Facility Service Center at 647-2059 or Ed Wilson at 763-3099.   Thank you!
>
>
> --
> **Camie Munsell**
> **The University of Michigan**
> Facilities and Operations
> Region Manager
> Health Sciences Region
> BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
> Ann Arbor, Michigan 48109-5670
> Office number:  734-647-0939
> Mobile number:  734-489-5977



**Sharon Curry <securry@umich.edu>**

---

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
1 message

**Camie Munsell** <cmunsel@umich.edu>                              Mon, Jun 14, 2021 at 6:51 PM
To: Sharon Curry <securry@umich.edu>

Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 12, 2021 at 3:10:19 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**
>
> Maybe I can spend an hour a day every day so I don't have to pay for parking.
>
> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>> Showing favoritism could be considered a failure of management!
>>
>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>> I was wondering if it's ok for an employee to drive a university vehicle when signed out for the day?
>>>
>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>> Have a great weekend!
>>>>
>>>> On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
>>>>> I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at 7:00 am.
>>>>>
>>>>> If you have an emergent need, please contact the Facility Service Center at 647-2059 or Ed Wilson at 763-3099.   Thank you!
>>>>>
>>>>>
>>>>> --
>>>>> **Camie Munsell**
>>>>> **The University of Michigan**
>>>>> Facilities and Operations
>>>>> Region Manager
>>>>> Health Sciences Region
>>>>> BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
>>>>> Ann Arbor, Michigan 48109-5670
>>>>> Office number:  734-647-0939
>>>>> Mobile number:  734-489-5977

 **UNIVERSITY OF MICHIGAN**

**Sharon Curry <securry@umich.edu>**

---

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
1 message

**Camie Munsell** <cmunsel@umich.edu>　　　　　　　　　　　　Mon, Jun 14, 2021 at 6:51 PM
To: Sharon Curry <securry@umich.edu>

Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 12, 2021 at 3:16:48 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**
>
> I could have a few of your favorites fired on Monday for what they said to me in your precense. I don't want to do that. I only want to be treated fairly by my manager.
>
> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>> Maybe I can spend an hour a day every day so I don't have to pay for parking.
>>
>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>> Showing favoritism could be considered a failure of management!
>>>
>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>> I was wondering if it's ok for an employee to drive a university vehicle when signed out for the day?
>>>>
>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>>> Have a great weekend!
>>>>>
>>>>> On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
>>>>>> I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at 7:00 am.
>>>>>>
>>>>>> If you have an emergent need, please contact the Facility Service Center at 647-2059 or Ed Wilson at 763-3099.　Thank you!
>>>>>>
>>>>>>
>>>>>> --
>>>>>> **Camie Munsell**
>>>>>> **The University of Michigan**
>>>>>> Facilities and Operations
>>>>>> Region Manager
>>>>>> Health Sciences Region
>>>>>> BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
>>>>>> Ann Arbor, Michigan 48109-5670
>>>>>> Office number:  734-647-0939
>>>>>> Mobile number:  734-489-5977



**UNIVERSITY OF MICHIGAN**

**Sharon Curry <securry@umich.edu>**

---

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
1 message

**Camie Munsell** <cmunsel@umich.edu>　　　　　　　　　　　Mon, Jun 14, 2021 at 6:51 PM
To: Sharon Curry <securry@umich.edu>

Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 12, 2021 at 3:21:13 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**
>
> Righting your own rules is always a bad idea!
>
> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>> I could have a few of your favorites fired on Monday for what they said to me in your precense. I don't want to do that. I only want to be treated fairly by my manager.
>>
>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>> Maybe I can spend an hour a day every day so I don't have to pay for parking.
>>>
>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>> Showing favoritism could be considered a failure of management!
>>>>
>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>>> I was wondering if it's ok for an employee to drive a university vehicle when signed out for the day?
>>>>>
>>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>>>> Have a great weekend!
>>>>>>
>>>>>> On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
>>>>>>> I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at 7:00 am.
>>>>>>>
>>>>>>> If you have an emergent need, please contact the Facility Service Center at 647-2059 or Ed Wilson at 763-3099.　 Thank you!
>>>>>>>
>>>>>>>
>>>>>>> --
>>>>>>> **Camie Munsell**
>>>>>>> **The University of Michigan**
>>>>>>> Facilities and Operations
>>>>>>> Region Manager
>>>>>>> Health Sciences Region
>>>>>>> BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
>>>>>>> Ann Arbor, Michigan 48109-5670
>>>>>>> Office number:  734-647-0939
>>>>>>> Mobile number:  734-489-5977

 **UNIVERSITY OF MICHIGAN**                                    **Sharon Curry <securry@umich.edu>**

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
6 messages

**Camie Munsell** <cmunsel@umich.edu>                    Sat, Jun 12, 2021 at 3:42 PM
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>


Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 12, 2021 at 3:22:29 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**
>
> If you're on your boat with Sharron I apologize for bothering you.
>
> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>> I could have a few of your favorites fired on Monday for what they said to me in your precense. I don't want to do that. I only want to be treated fairly by my manager.
>>
>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>> Maybe I can spend an hour a day every day so I don't have to pay for parking.
>>
>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>> Showing favoritism could be considered a failure of management!
>>
>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>> I was wondering if it's ok for an employee to drive a university vehicle when signed out for the day?
>>
>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>> Have a great weekend!
>>
>> On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
>>> I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at 7:00 am.
>>>
>>> If you have an emergent need, please contact the Facility Service Center at 647-2059 or Ed Wilson at 763-3099.   Thank you!
>>>
>>>
>>> --
>>> **Camie Munsell**
>>> **The University of Michigan**
>>> Facilities and Operations
>>> Region Manager
>>> Health Sciences Region
>>> BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
>>> Ann Arbor, Michigan 48109-5670
>>> Office number:  734-647-0939
>>> Mobile number:  734-489-5977

| | | | | |

---

**Sharon Curry** <securry@umich.edu>                                        Sat, Jun 12, 2021 at 3:46 PM
To: Camie Munsell <cmunsel@umich.edu>
Cc: Stephen Brabbs <stewalt@umich.edu>

Wow!  Do you know the times he sent all the emails? It can wait until you get back FYI!

And he thinks we are boating together?  Again Wow!

We will definitely be addressing this stuff!  Sorry!
[Quoted text hidden]
--
Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

---

**Camie Munsell** <cmunsel@umich.edu>                                        Sat, Jun 12, 2021 at 4:07 PM
To: Sharon Curry <securry@umich.edu>
Cc: Stephen Brabbs <stewalt@umich.edu>

3-3/22pm.

I have given Megan both of his vehicle information  in case he shows up here tonight. I have a very dear friend that just has hip replacement surgery Wednesday and his wife is out of town on business and we are making Him dinner tonight so he can't come here. It's pathetic. That I have to have not only protect myself but my daughter and friends have to live in fear.

I already told Steve I'm filing harassment charges against him and I expect he is either terminated for threatening and intimidating emails and creating f a hostile work environment or he is moved or I am. I should not be asked by the u of m to work and live like this.

With regards to his comments. I have no idea what he is talking about.  If there are people leaving early and walking to their cars…I'm unaware.    It's COvid.  I only have maybe 6 people that come to the shop at night.  Unless you all expect me to stand at the top of a building  with binoculars watching each and every single employee. Instead, I chose to be in the shop at night. Talk to employees and see how their day went.

Sent from my iPhone

On Jun 12, 2021, at 3:46 PM, Sharon Curry <securry@umich.edu> wrote:

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>                                        Sat, Jun 12, 2021 at 4:10 PM
To: Jon Lund <jonlund@umich.edu>

We have a problem!
[Quoted text hidden]
--
Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations

Case 3:22-cv-11167-RHC-KGA ECF No. 1-5, PageID.57 Filed 05/27/22 Page 13 of 34

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>                                   Sat, Jun 12, 2021 at 4:12 PM
To: Camie Munsell <cmunsel@umich.edu>
Cc: Stephen Brabbs <stewalt@umich.edu>

Sorry this is happening. FYI that I forwarded the email to Jon Lund. And I will be scheduling a meeting to discuss next
steps with him. This is ridiculous!

[Quoted text hidden]

---

**Camie Munsell** <cmunsel@umich.edu>                                   Mon, Jun 14, 2021 at 6:51 PM
To: Sharon Curry <securry@umich.edu>

[Quoted text hidden]



**Sharon Curry <securry@umich.edu>**

---

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
5 messages

---

**Camie Munsell** <cmunsel@umich.edu>                                                Sat, Jun 12, 2021 at 11:39 PM
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>


Sent from my iPhone

Begin forwarded message:


> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 12, 2021 at 11:26:02 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**


I'm trying to figure out if it's ok to email you or OUR asset supervisors about BS that happens at work? I look forward to hearing from you!

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> If you're on your boat with Sharron I apologize for bothering you.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I could have a few of your favorites fired on Monday for what they said to me in your precense. I don't want to do that. I only want to be treated fairly by my manager.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Maybe I can spend an hour a day every day so I don't have to pay for parking.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Showing favoritism could be considered a failure of management!

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I was wondering if it's ok for an employee to drive a university vehicle when signed out for the day?

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Have a great weekend!

On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
> I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at 7:00 am.
>
> If you have an emergent need, please contact the Facility Service Center at 647-2059 or Ed Wilson at 763-3099.   Thank you!
>
>
>
> --
> **Camie Munsell**
> **The University of Michigan**
> Facilities and Operations
> Region Manager
> Health Sciences Region
> BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
> Ann Arbor, Michigan 48109-5670

Office number: 734-647-0409
Mobile number: 734-489-5977

---

**Camie Munsell** <cmunsel@umich.edu>                                   Sat, Jun 12, 2021 at 11:55 PM
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>

I do not plan on answering him.

Sent from my iPhone

Begin forwarded message:

> **From:** Camie Munsell <cmunsel@umich.edu>
> **Date:** June 12, 2021 at 11:39:11 PM EDT
> **To:** Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>
> **Subject: Fwd: Out of Office Re: I hope everyone's ducks are in a row!**

[Quoted text hidden]

---

**Camie Munsell** <cmunsel@umich.edu>                                   Sat, Jun 12, 2021 at 11:57 PM
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>

The time stamp on this email is 11:36 pm.

Sent from my iPhone

Begin forwarded message:

> **From:** Camie Munsell <cmunsel@umich.edu>
> **Date:** June 12, 2021 at 11:39:11 PM EDT
> **To:** Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>
> **Subject: Fwd: Out of Office Re: I hope everyone's ducks are in a row!**

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>                                   Sun, Jun 13, 2021 at 6:24 AM
To: Camie Munsell <cmunsel@umich.edu>
Cc: Stephen Brabbs <stewalt@umich.edu>

Good. Do not respond.
[Quoted text hidden]
--
Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

---

**Camie Munsell** <cmunsel@umich.edu>                                    Mon, Jun 14, 2021 at 6:50 PM
To: Sharon Curry <securry@umich.edu>

[Quoted text hidden]

 **UNIVERSITY OF
MICHIGAN**                                                                          Sharon Curry <securry@umich.edu>

---

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
5 messages

---

**Camie Munsell** <cmunsel@umich.edu>                                           Sun, Jun 13, 2021 at 12:30 AM
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>

Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 13, 2021 at 12:13:56 AM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**

We should try and find out if we have oath keepers in our mist.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I'm trying to figure out if it's ok to email you or OUR asset supervisors about BS that happens at work? I
> look forward to hearing from you!

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> If you're on your boat with Sharron I apologize for bothering you.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I could have a few of your favorites fired on Monday for what they said to me in your precense. I
> don't want to do that. I only want to be treated fairly by my manager.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Maybe I can spend an hour a day every day so I don't have to pay for parking.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Showing favoritism could be considered a failure of management!

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I was wondering if it's ok for an employee to drive a university vehicle when signed out for the
> day?

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Have a great weekend!

On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
> I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at
> 7:00 am.
>
> If you have an emergent need, please contact the Facility Service Center at 647-2059 or
> Ed Wilson at 763-3099.   Thank you!
>
>
> --
> **Camie Munsell**
> **The University of Michigan**
> Facilities and Operations
> Region Manager

7/20/2021 University of Michigan Mail - Fwd: Out of Office Re: I hope everyone's ducks are in a row!

Case 3:22-cv-11167-RHC-KGA ECF No. 1-5, PageID.62 Filed 05/27/22 Page 18 of 34

Health Sciences Region
BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
Ann Arbor, Michigan 48109-5670
Office number: 734-647-0939
Mobile number: 734-489-5977

---

**Camie Munsell** <cmunsel@umich.edu>                                Sun, Jun 13, 2021 at 12:31 AM
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>

12-13 pm

Sent from my iPhone

Begin forwarded message:

> **From:** Camie Munsell <cmunsel@umich.edu>
> **Date:** June 13, 2021 at 12:30:31 AM EDT
> **To:** Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>
> **Subject: Fwd: Out of Office Re: I hope everyone's ducks are in a row!**

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>                                Sun, Jun 13, 2021 at 6:22 AM
To: Camie Munsell <cmunsel@umich.edu>
Cc: Stephen Brabbs <stewalt@umich.edu>

FYI that Steve and I are meeting with Jon Lund tomorrow at 8:30. Please forward any other emails you might get.

[Quoted text hidden]
--
Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

---

**Sharon Curry** <securry@umich.edu>                                Mon, Jun 14, 2021 at 7:54 AM
To: Jon Lund <jonlund@umich.edu>

All the text messages from the weekend - Tim Thiry to Camie.  She did not respond to any of them.


Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

7/20/2021 University of Michigan Mail - Fwd: Out of Office Re: I hope everyone's ducks are in a row!

Case 3:22-cv-11167-RHC-KGA ECF No. 1-5, PageID.68 Filed 05/27/22 Page 19 of 34

---------- Forwarded message ---------
From: **Camie Munsell** <cmunsel@umich.edu>
Date: Sun, Jun 13, 2021 at 12:30 AM
Subject: Fwd: Out of Office Re: I hope everyone's ducks are in a row!
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>


[Quoted text hidden]

---

**Camie Munsell** <cmunsel@umich.edu>                                 Mon, Jun 14, 2021 at 6:49 PM
To: Sharon Curry <securry@umich.edu>

[Quoted text hidden]

    **UNIVERSITY OF MICHIGAN**                    Sharon Curry <securry@umich.edu>

---

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
8 messages

**Camie Munsell** <cmunsel@umich.edu>                    Sun, Jun 13, 2021 at 5:44 PM
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>

5/22 pm

Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 13, 2021 at 5:22:54 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**
>
> You are making me physically ill with your treatment of me.
>
> On Sunday, June 13, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> > We should try and find out if we have oath keepers in our mist.
> >
> > On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> > > I'm trying to figure out if it's ok to email you or OUR asset supervisors about BS that happens at work? I look forward to hearing from you!
> > >
> > > On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> > > > If you're on your boat with Sharron I apologize for bothering you.
> > > >
> > > > On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> > > > > I could have a few of your favorites fired on Monday for what they said to me in your precense. I don't want to do that. I only want to be treated fairly by my manager.
> > > > >
> > > > > On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> > > > > > Maybe I can spend an hour a day every day so I don't have to pay for parking.
> > > > > >
> > > > > > On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> > > > > > > Showing favoritism could be considered a failure of management!
> > > > > > >
> > > > > > > On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> > > > > > > > I was wondering if it's ok for an employee to drive a university vehicle when signed out for the day?
> > > > > > > >
> > > > > > > > On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> > > > > > > > > Have a great weekend!
> > > > > > > > >
> > > > > > > > > On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
> > > > > > > > > > I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at 7:00 am.
> > > > > > > > > >
> > > > > > > > > > If you have an emergent need, please contact the Facility Service Center at 647-2059 or Ed Wilson at 763-3099.   Thank you!
> > > > > > > > > >
> > > > > > > > > >
> > > > > > > > > > --
> > > > > > > > > > **Camie Munsell**



**The University of Michigan**
Facilities and Operations
Region Manager
Health Sciences Region
BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
Ann Arbor, Michigan 48109-5670
Office number:  734-647-0939
Mobile number:  734-489-5977

---

**Sharon Curry** <securry@umich.edu>           Sun, Jun 13, 2021 at 6:43 PM
To: Leti Rastigue <lrastigu@umich.edu>

FYI that Tim Thiry (HSR Electrician) is harassing his manager Camie Munsell.  See the email trail below.  Steve Brabbs and I are meeting with Jon Lund tomorrow at 8:00am to figure out next steps with Tim.  We will also be discussing the level of discipline to issue Tim for his careless/negligent work performance on generators.  As a reminder, the investigation meeting regarding the generators was held this past Thursday.  For the work performance issue, I am recommending a 2 day DLO.

Also, a couple weeks ago we had a special conference to formally tell Tim to not communicate with his supervisors after hours and/or not contact them with non work related topics.  Clint told me he was also unsuccessful in Tim following his direction to not communicate as previously instructed.  This is what led to the special conference.

In addition, Tim filed a claim with OIE and met with them last Tuesday.  He mentioned this in the investigation meeting last Thursday.  I am waiting to hear from the OIE investigator to discuss the claim.

I will keep you updated!  If you want to be part of the 8am zoom call, let me know and I can add you to the invite.


Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>           Mon, Jun 14, 2021 at 8:52 AM
To: Leti Rastigue <lrastigu@umich.edu>

Here is the update.

Investigation meeting will be scheduled to talk to Tim Thiry regarding the emails sent to Camie over the weekend, and then we will determine next steps with discipline.  It will be at least a verbal reprimand.  Camie, Clint and myself will attend the meeting with Tim to investigate.

Jon also supports the 2 day DLO for negligent/careless work performance.  The discipline will be issued to Tim this week, but not at the same meeting we are investigating for the emails.


Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

[Quoted text hidden]

---

**Leti Rastigue** <lrastigu@umich.edu>            Mon, Jun 14, 2021 at 9:23 AM
To: Sharon Curry <securry@umich.edu>

How can this only be a verbal warning?  He is harassing Camie.  He was told NOT to communicate with her?  He still is, and he is being inappropriate.  Let's discuss this please.


Leti Rastigue
University of Michigan
Associate Director - Human Resources
Facilities and Operations
lrastigu@umich.edu
734-936-7398

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>            Mon, Jun 14, 2021 at 9:29 AM
To: Leti Rastigue <lrastigu@umich.edu>

It is not a for sure verbal.  Jon wants investigation meeting first to be held as we normally would for employee misconduct before we decide on discipline.  I am hoping the meeting can be held tomorrow when Camie returns from vacation.


Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

[Quoted text hidden]

---

**Sharon Curry** <securry@umich.edu>            Mon, Jun 14, 2021 at 9:39 AM
To: Leti Rastigue <lrastigu@umich.edu>

And I just heard back from OIE investigator.  Phone call with him on Wednesday morning to discuss Tim's claim.


Sharon Curry
Human Resources Generalist Senior
University of Michigan
Facilities and Operations
Campus Safety Services Building, Room 2057C
1239 Kipke Drive, Ann Arbor, MI 48109
Cell Phone - 734-564-1967
Email - securry@umich.edu

[Quoted text hidden]

---

**Camie Munsell** <cmunsel@umich.edu>            Mon, Jun 14, 2021 at 6:48 PM
To: Sharon Curry <securry@umich.edu>

[Quoted text hidden]

---

**Camie Munsell** <cmunsel@umich.edu>                                    Mon, Jun 14, 2021 at 6:49 PM
To: Sharon Curry <securry@umich.edu>

[Quoted text hidden]

# UNIVERSITY OF MICHIGAN

Sharon Curry <securry@umich.edu>

---

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!

**Camie Munsell** <cmunsel@umich.edu>                                    Mon, Jun 14, 2021 at 5:09 PM
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>

Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 14, 2021 at 4:28:14 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**

> I will need to speak with you tomorrow about harrassment I experienced today from two of your favorites.

> On Sunday, June 13, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> You are making me physically ill with your treatment of me.

>> On Sunday, June 13, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>> We should try and find out if we have oath keepers in our mist.

>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>> I'm trying to figure out if it's ok to email you or OUR asset supervisors about BS that happens at
>>> work? I look forward to hearing from you!

>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>> If you're on your boat with Sharron I apologize for bothering you.

>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>> I could have a few of your favorites fired on Monday for what they said to me in your precense. I
>>>> don't want to do that. I only want to be treated fairly by my manager.

>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>> Maybe I can spend an hour a day every day so I don't have to pay for parking.

>>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>>> Showing favoritism could be considered a failure of management!

>>>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>>>> I was wondering if it's ok for an employee to drive a university vehicle when signed out for
>>>>>> the day?

>>>>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>>>>> Have a great weekend!

>>>>>>>> On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
>>>>>>>> I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021,
>>>>>>>> at 7:00 am.

>>>>>>>> If you have an emergent need, please contact the Facility Service Center at 647-
>>>>>>>> 2059 or Ed Wilson at 763-3099.   Thank you!

--

**Camie Munsell**
**The University of Michigan**
Facilities and Operations
Region Manager
Health Sciences Region
BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
Ann Arbor, Michigan 48109-5670
Office number:  734-647-0939
Mobile number:  734-489-5977

 **UNIVERSITY OF MICHIGAN**                                        **Sharon Curry <securry@umich.edu>**

---

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
2 messages

---

**Camie Munsell** <cmunsel@umich.edu>                                        Mon, Jun 14, 2021 at 6:21 PM
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>

Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 14, 2021 at 6:17:14 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**

I hope everyone retains their employment after this.

On Monday, June 14, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I will need to speak with you tomorrow about harrassment I experienced today from two of your favorites.

On Sunday, June 13, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> You are making me physically ill with your treatment of me.

On Sunday, June 13, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> We should try and find out if we have oath keepers in our mist.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I'm trying to figure out if it's ok to email you or OUR asset supervisors about BS that happens at work? I look forward to hearing from you!

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> If you're on your boat with Sharron I apologize for bothering you.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I could have a few of your favorites fired on Monday for what they said to me in your precense. I don't want to do that. I only want to be treated fairly by my manager.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Maybe I can spend an hour a day every day so I don't have to pay for parking.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Showing favoritism could be considered a failure of management!

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I was wondering if it's ok for an employee to drive a university vehicle when signed out for the day?

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Have a great weekend!

On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
> I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at 7:00 am.

If you have an emergent need, please contact the Facility Service Center at 647-2059 or Ed Wilson at 763-3099.   Thank you!


--
**Camie Munsell**
**The University of Michigan**
Facilities and Operations
Region Manager
Health Sciences Region
BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
Ann Arbor, Michigan 48109-5670
Office number:  734-647-0939
Mobile number:  734-489-5977

---

**Camie Munsell** <cmunsel@umich.edu>                          Mon, Jun 14, 2021 at 6:48 PM
To: Sharon Curry <securry@umich.edu>

[Quoted text hidden]

 **UNIVERSITY OF MICHIGAN**

**Sharon Curry <securry@umich.edu>**

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
1 message

**Camie Munsell** <cmunsel@umich.edu>           Mon, Jun 14, 2021 at 6:47 PM
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>

Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 14, 2021 at 6:27:46 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**

Have sharon join us if you would like.

On Monday, June 14, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I hope everyone retains their employment after this.

> On Monday, June 14, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>> I will need to speak with you tomorrow about harrassment I experienced today from two of your favorites.

>> On Sunday, June 13, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>> You are making me physically ill with your treatment of me.

>>> On Sunday, June 13, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>> We should try and find out if we have oath keepers in our mist.

>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>>> I'm trying to figure out if it's ok to email you or OUR asset supervisors about BS that happens at work? I look forward to hearing from you!

>>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>>>> If you're on your boat with Sharron I apologize for bothering you.

>>>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>>>>> I could have a few of your favorites fired on Monday for what they said to me in your precense. I don't want to do that. I only want to be treated fairly by my manager.

>>>>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>>>>>> Maybe I can spend an hour a day every day so I don't have to pay for parking.

>>>>>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>>>>>>> Showing favoritism could be considered a failure of management!

>>>>>>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>>>>>>>> I was wondering if it's ok for an employee to drive a university vehicle when signed out for the day?

>>>>>>>>>> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
>>>>>>>>>>> Have a great weekend!

On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at 7:00 am.

If you have an emergent need, please contact the Facility Service Center at 647-2059 or Ed Wilson at 763-3099.   Thank you!


--
**Camie Munsell**
**The University of Michigan**
Facilities and Operations
Region Manager
Health Sciences Region
BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
Ann Arbor, Michigan 48109-5670
Office number:  734-647-0939
Mobile number:  734-489-5977



**Sharon Curry <securry@umich.edu>**

---

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
1 message

---

**Camie Munsell** <cmunsel@umich.edu>            Mon, Jun 14, 2021 at 6:47 PM
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>

Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 14, 2021 at 6:32:53 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**

I can't help but be concerned for my safety. Toxic environment.

On Monday, June 14, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Have sharon join us if you would like.

> On Monday, June 14, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I hope everyone retains their employment after this.

> On Monday, June 14, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I will need to speak with you tomorrow about harrassment I experienced today from two of your favorites.

> On Sunday, June 13, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> You are making me physically ill with your treatment of me.

> On Sunday, June 13, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> We should try and find out if we have oath keepers in our mist.

> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I'm trying to figure out if it's ok to email you or OUR asset supervisors about BS that happens at work? I look forward to hearing from you!

> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> If you're on your boat with Sharron I apologize for bothering you.

> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I could have a few of your favorites fired on Monday for what they said to me in your precense. I don't want to do that. I only want to be treated fairly by my manager.

> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Maybe I can spend an hour a day every day so I don't have to pay for parking.

> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Showing favoritism could be considered a failure of management!

> On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I was wondering if it's ok for an employee to drive a university vehicle when signed out for the day?

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
 Have a great weekend!

On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
 I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15, 2021, at 7:00 am.

 If you have an emergent need, please contact the Facility Service Center at 647-2059 or Ed Wilson at 763-3099.   Thank you!


 --
 **Camie Munsell**
 **The University of Michigan**
 Facilities and Operations
 Region Manager
 Health Sciences Region
 BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
 Ann Arbor, Michigan 48109-5670
 Office number:  734-647-0939
 Mobile number:  734-489-5977


**UNIVERSITY OF MICHIGAN**

**Sharon Curry <securry@umich.edu>**

---

## Fwd: Out of Office Re: I hope everyone's ducks are in a row!
1 message

**Camie Munsell** <cmunsel@umich.edu>       Mon, Jun 14, 2021 at 6:47 PM
To: Sharon Curry <securry@umich.edu>, Stephen Brabbs <stewalt@umich.edu>

Sent from my iPhone

Begin forwarded message:

> **From:** Timothy Thiry <thiry@umich.edu>
> **Date:** June 14, 2021 at 6:32:53 PM EDT
> **To:** Camie Munsell <cmunsel@umich.edu>
> **Subject: Re: Out of Office Re: I hope everyone's ducks are in a row!**

I can't help but be concerned for my safety. Toxic environment.

On Monday, June 14, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Have sharon join us if you would like.

On Monday, June 14, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I hope everyone retains their employment after this.

On Monday, June 14, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I will need to speak with you tomorrow about harrassment I experienced today from two of your favorites.

On Sunday, June 13, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> You are making me physically ill with your treatment of me.

On Sunday, June 13, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> We should try and find out if we have oath keepers in our mist.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I'm trying to figure out if it's ok to email you or OUR asset supervisors about BS that happens at work? I look forward to hearing from you!

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> If you're on your boat with Sharron I apologize for bothering you.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I could have a few of your favorites fired on Monday for what they said to me in your precense. I don't want to do that. I only want to be treated fairly by my manager.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Maybe I can spend an hour a day every day so I don't have to pay for parking.

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> Showing favoritism could be considered a failure of management!

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
> I was wondering if it's ok for an employee to drive a university vehicle when signed out for the day?

On Saturday, June 12, 2021, Timothy Thiry <thiry@umich.edu> wrote:
  Have a great weekend!

On Friday, June 11, 2021, Camie Munsell <cmunsel@umich.edu> wrote:
  I will be out of the office on Friday, June 11, 2021, returning Tuesday, June 15,
  2021, at 7:00 am.

  If you have an emergent need, please contact the Facility Service Center at
  647-2059 or Ed Wilson at 763-3099.   Thank you!


  --
  **Camie Munsell**
  **The University of Michigan**
  Facilities and Operations
  Region Manager
  Health Sciences Region
  BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
  Ann Arbor, Michigan 48109-5670
  Office number:  734-647-0939
  Mobile number:  734-489-5977

72 hours), every sick call in by trades is then coded 00017 SFV (Sick From Vacation) so we know that you don't have approved vacation time and that you called in sick so we can track it as a sick call in.

He then asked me if his sick time conference is rescheduled.  I said yes.  He asked how come he doesn't know about it.  I said because Diana hasn't given me the date yet.  I suspect it will be early next week when she sends the invite.  I told him that I would let him and Ty Cole know when it is scheduled.

He left around 3:15 pm.

**Camie Munsell**
**The University of Michigan**
Facilities and Operations
Region Manager
Heath Sciences Region
BSRB, 109 Zina Pitcher Place-Room 1416, Box 2200
Ann Arbor, Michigan 48109-5670
Office number:  734-647-0939
Mobile number:  734-489-5977