UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY THIRY,** | Civil Action No. 22-cv-11167 |
| Plaintiff, | Hon. Mark A. Goldsmith |
| v. | Mag. Judge Kimberly G. Altman |
| **BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN, CAMIE MUNSELL, STEVE BRABBS, AND SHARON CURRY**, | |
| Defendants. | |

| | |
|---|---|
| Thomas P. Heed (P66991) | Donald B. Miller (P23419) |
| Heed Law Group, PLLC | Butzel Long, a professional corporation |
| 2723 South State Street, Suite 150 | 150 W. Jefferson, Suite 100 |
| Ann Arbor, MI 48104 | Detroit, MI 48226 |
| (734) 794-4757 | (313) 225-7020 |
| (734) 794-4712 | |
| theed@heedlawgroup.com | miller@butzel.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

### STIPULATED ORDER OF DISMISSAL
### <u>WITH PREJUDICE</u>

In accordance with the stipulation of the parties and the Court being advised in the premises:

**IT IS HEREBY ORDERED** that this matter is dismissed in its entirety as to all parties, with prejudice and without the payment of costs or attorneys' fees by any party.

Dated: May 6, 2025  s/Mark A. Goldsmith
Detroit, Michigan  MARK A. GOLDSMITH
  United States District Judge

**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**

<u>/s/ Thomas P. Heed (w/permission)</u>   <u>/s/ Donald B. Miller</u>
 Thomas P. Heed (P66991)   Donald B. Miller (P23419)
 Heed Law Group, PLLC   Butzel Long, a professional
 2723 South State Street, Suite 150    corporation
 Ann Arbor, MI 48104   150 W. Jefferson, Suite 100
 (734) 794-4757   Detroit, MI 48226
 (734) 794-4712   313) 225-7020
 theed@heedlawgroup.com   miller@butzel.com
 *Attorney for Plaintiff*   *Attorneys for Defendants*

200307845